**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TONY D. ROBINSON**                                                                              **PLAINTIFF**
**Reg. # 25853-009**

 **v.**                                             **CASE NO. 4:21-CV-01197 JM**

**DEEP DISTRIBUTION,** *et al.*                                          **DEFENDANTS**

## <u>ORDER</u>

Tony Robinson's complaint (Doc. 1) is dismissed without prejudice because he failed to

pay the filing fee or submit a complete motion to proceed *in forma pauperis*. (Doc. 2); LOCAL

RULE 5.5(c)(2).

IT IS SO ORDERED this 1st day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE