IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TONY D. ROBINSON**                                                                                    **PLAINTIFF**
Reg. # 25853-009

v.                                            CASE NO. 4:21-CV-01197 JM

**DEEP DISTRIBUTION,** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 1st day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE